# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| YAZAN SALEH and RONALD E. STEVENS, individually and as the representatives of a class of similarly situated persons, | Case No. 0:17-cv-62156 |
| Plaintiff, | Hon. Judge K. Michael Moore |
| v. | |
| DARDEN RESTAURANTS, INC., | |
| Defendant. | |

## JOINT STIPULATION TO DISMISS

Plaintiffs Yazan Saleh and Ronald E. Stevens and Defendant Darden Restaurants, Inc., by and through their respective counsel, **HEREBY STIPULATE AND AGREE** that, pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), this entire action is dismissed in its entirety without prejudice as to Plaintiffs' individual claims. Each party agrees to bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED: November 5, 2020 | Respectfully submitted, |
| | */s/* Mark S. Eisen |
| | Mark S. Eisen, Esq. (*admitted pro hac vice*)<br>meisen@beneschlaw.com<br>**BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192 |
| | Jordan S. Kosches, Esq.<br>jordan.kosches@gray-robinson.com<br>**GRAYROBINSON, P.A.**<br>333 SE 2nd Avenue, Suite 3200<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6997<br>Florida Bar No.: 49881 |
| | *Counsel for Defendant* |
| DATED: November 5, 2020 | Respectfully submitted, |
| | */s/* Keith J. Keogh |
| | Keith James Keogh<br>Keogh Law, Ltd.<br>55 W. Monroe, Ste. 3390<br>Chicago, IL 60603<br>Telephone: 312-726-1092<br>Fax: 312-726-1092<br>Email: Keith@Keoghlaw.com |
| | Scott David Owens<br>SCOTT D. OWENS, P.A.<br>3800 S. Ocean Drive<br>Suite 235<br>Hollywood, FL 33019<br>Telephone: 954-589-0588<br>Fax: 954-337-0666<br>Email: scott@scottdowens.com |

Bret Leon Lusskin , Jr.
Bret Lusskin, P.A.
20803 Biscayne Blvd.
Ste 302
Aventura, FL 33180
Telephone: 954-454-5841
Fax: 954-454-5844
Email: blusskin@lusskinlaw.com

Jibrael Jarallah Said Hindi
The Law Offices of Jibrael S. Hindi
110 SE 6th St., 17th Floor
Fort Lauderdale, FL 33301
Telephone: 954-907-1136
Email: jibrael@jibraellaw.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **JOINT STIPULATION TO DISMISS** was served upon all interested parties using this Court's ECF filing system this 5th day of November, 2020.

    /s/ Jordan S. Kosches